UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-22128-CIV-GRAHAM/TORRES

STEPHANIE BEUFORD,

    Plaintiff,

vs.

CARNIVAL CRUISE LINES,
a foreign corporation,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER

**THIS CAUSE** comes before the Court upon a review of the record.

On July 28, 2008, Plaintiff filed her Complaint [D.E. 1]. On September 19, 2008, this Court issued a Notice Regarding Service of Process. On September 22, 2008, Plaintiff filed an Affidavit of Service [D.E. 4]. A careful review of the Affidavit, however, demonstrates that the evidence of service is insufficient. On October 15, 2008, this Court issued an order directing that, within ten days thereof, Plaintiff supplement the Affidavit of Service to demonstrate that she has, in fact, complied with the Federal Rules of Civil Procedure and state laws concerning service of process. At that time, the Court also advised that failure to provide evidence of service may lead to dismissal of this action. To date, Plaintiff has failed to comply with this Court's order. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to comply with this Court's previous order. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of October, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record